## CERTIFICATE OF SERVICE

Jason M. Torres, an attorney, certifies that he caused a true and correct copy of the foregoing Attorney Appearance to be filed electronically in the United States District Court for the Northern District of Illinois on this 9th day of April , 2008.

>Philip W. Collins III, Esq.
>Law Offices of Philip W. Collins III
>940 E. Diehl road, Suite 110-B
>Naperville, Illinois  60563
>(630) 505-1424
>pwc3@)pwc3law.com


s/ Jason M. Torres