## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1360 | **DATE** | 4/10/2008 |
| **CASE TITLE** | ANTHONY L. HUGHES vs. THE SUN TIMES COMPANY | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's counsel's failure to appear is noted. Parties shall comply with FRCP 26(a)(1) by April 21, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on August 11, 2008. Submission of joint final pretrial order and agreed pattern jury instructions is set on September 4, 2008 at 9:00 a.m.; plaintiff shall submit draft to defendant by August 26, 2008. The case is placed on the October trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|