### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ANTHONY L. HUGHES, ) | Case No. 08 C 1360 |
| ) | |
| Plaintiff, ) | Judge Conlon |
| ) | |
| v. ) | Magistrate Judge Keys |
| ) | |
| THE SUN TIMES COMPANY, a Delaware ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF MOTION

TO: Philip W. Collins III, Esq.
Law Offices of Philip W. Collins III
940 E. Diehl road, Suite 110-B
Naperville, Illinois 60563
(630) 505-1424
pwc3@)pwc3law.com

PLEASE TAKE NOTICE that on Thursday, April 24, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Conlon in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion to Dismiss, a true and correct copy of which was filed electronically through the Court's electronic filing system.

April 21, 2008                                  Respectfully submitted,

                                                THE SUN-TIMES NEWS GROUP

                                                By: s/Jason M. Torres_____
                                                     One of Their Attorneys

Jason M. Torres
SEYFARTH SHAW LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
(312) 460-5000

CH1 11463131.1

## **CERTIFICATE OF SERVICE**

Jason M. Torres, an attorney, certifies that he caused a true and correct copy of the foregoing Notice of Motion to Dismiss to be filed electronically in the United States District Court for the Northern District of Illinois on this 21st day of April , 2008.

>Philip W. Collins III, Esq.
>Law Offices of Philip W. Collins III
>940 E. Diehl road, Suite 110-B
>Naperville, Illinois  60563
>(630) 505-1424
>pwc3@)pwc3law.com


>s/ Jason M. Torres

CH1 11463131.1