# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1360 | **DATE** | 4/24/08 |
| **CASE TITLE** | ANTHONY L. HUGHES vs. THE SUN TIMES COMPANY | | |

**DOCKET ENTRY TEXT**

Defendant's motion [10] to dismiss is taken under advisement. Plaintiff shall respond by May 8, 2008.

*Suzanne B. Conlon* (signature)

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|