U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08 C 1360
ANTHONY L. HUGHES, Plaintiff

v.

THE SUN TIMES COMPANY, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DFENDANT THE SUN TIMES COMPANY

| NAME (Type or print) |
| --- |
| KRISTIN E. MICHAELS |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ KRISTIN E. MICHAELS |

| FIRM |
| --- |
| SEYFARTH SHAW LLP |

| STREET ADDRESS |
| --- |
| 131 S. DEARBORN ST., STE 2400 |

| CITY/STATE/ZIP |
| --- |
| CHICAGO, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6207352 | 312 460 5000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |