IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY L. HUGHES, | ) Case No. 08 C 1360 |
| | ) |
| Plaintiff, | ) Judge Conlon |
| | ) |
| v. | ) Magistrate Judge Keys |
| | ) |
| THE SUN TIMES COMPANY, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO: Philip W. Collins III, Esq.
Law Offices of Philip W. Collins III
940 E. Diehl road, Suite 110-B
Naperville, Illinois 60563
(630) 505-1424
pwc3@)pwc3law.com

PLEASE TAKE NOTICE that on Tuesday, August 5, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Conlon in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and then and there present the parties' Agreed Motion for Extension, a true and correct copy of which was filed electronically through the Court's electronic filing system.

July 30, 2008

Respectfully submitted,

THE SUN-TIMES NEWS GROUP

By: s/Jason M. Torres_____
    One of Its Attorneys

Jason M. Torres
SEYFARTH SHAW LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
(312) 460-5000

CH1 11531817.1

## CERTIFICATE OF SERVICE

Jason M. Torres, an attorney, certifies that he caused a true and correct copy of the foregoing Notice of Agreed Motion for Extension to be filed electronically in the United States District Court for the Northern District of Illinois on this 30th day of July, 2008.

>Philip W. Collins III, Esq.
>Law Offices of Philip W. Collins III
>940 E. Diehl road, Suite 110-B
>Naperville, Illinois  60563
>(630) 505-1424
>pwc3@)pwc3law.com


>s/ Jason M. Torres

CH1 11531817.1