# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1360 | **DATE** | 8/05/08 |
| **CASE TITLE** | ANTHONY L. HUGHES vs. THE SUN TIMES COMPANY | | |

**DOCKET ENTRY TEXT**

Agreed motion for extension of the dispositive motion deadline is granted. Discovery cutoff and filing of dispositive motions with supporting memoranda set on August 11, 2008 are reset on September 11, 2008. Submission of the joint final pretrial order and agreed pattern jury instructions set on September 4, 2008 is reset on October 2, 2008 at 9:00 a.m.; plaintiff's draft shall be submitted to defendant by September 25, 2008. The case remains on the October trial calendar. NO FURTHER EXTENSIONS.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|