## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1360 | **DATE** | 9/8/2008 |
| **CASE TITLE** | ANTHONY L. HUGHES vs. THE SUN TIMES COMPANY | | |

**DOCKET ENTRY TEXT**

On the court's own motion, submission of the joint final pretrial order and agreed pattern jury instructions is reset from October 2, 2008 to October 20, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|